Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Hirsch Glass Corporation** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Spectrum Quartz** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 0 – 3 6 8 5 3 3 2** |

**4. Debtor's address**

**Principal place of business**

**115 Melrich Road, Suite 2**
Number     Street

**Cranbury, NJ 08512**
City                          State    ZIP Code

**Middlesex**
County

**Mailing address, if different from principal place of business**

_____
Number          Street

_____
City                          State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number          Street

_____
City                          State    ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Hirsch Glass Corporation** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>4</u>   <u>2</u>   <u>3</u>   <u>9</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                         MM / DD / YYYY

District _____ When _____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                                     MM / DD / YYYY

Case number, if known _____

Debtor    **Hirsch Glass Corporation**
_____

Name

Case number *(if known)* _____

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br>_____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>    City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

<br>

▮ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49    ☑ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000         ☑ $1,000,001-$10 million         ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

| Debtor | **Hirsch Glass Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/01/2024**
                          MM/  DD/  YYYY

**X**  **/s/ Helen Zhao**                                                    **Helen Zhao**
Signature of authorized representative of debtor          Printed name

Title            **Partner/EVP**

| **18. Signature of attorney** | **X**   **/s/ Marc C Capone**   Date **11/01/2024** |
|---|---|

Signature of attorney for debtor                                              MM/  DD/  YYYY

**Marc C Capone**
Printed name

**Gillman Capone LLC**
Firm name

**60 Highway 71 Unit 2**
Number        Street

| **Spring Lake** | **NJ** | **07762** |
|---|---|---|
| City | State | ZIP Code |

|  | **mcapone@gillmancapone.com** |
|---|---|
| Contact phone | Email address |

| **021401993** | **NJ** |
|---|---|
| Bar number | State |

Fill in this information to identify the case:

Debtor Name   **Hirsch Glass Corporation**

United States Bankruptcy Court for the: District of   **New Jersey**
(State)

Case number (If known): 

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking account** | **1  2  3  8** | $92,934.00 |
| 3.2. | **Bank of America** | **Checking account** | **9  8  8  6** | $4,067.92 |
| 3.3. | **Bank of America** | **Checking account** | **3  0  5  5** | $63,943.00 |
| 3.4. | **Wells Fargo Bank** | **Checking account** | **6  3  8  5** | $26,333.00 |
| 3.5. | **Chase Bank** | **Checking account** | **5  1  1  2** | $17,485.00 |
| 3.6. | **Chase Bank** | **Savings account** | **7  2  0  6** | $41.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | **$204,803.92** |

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor    **Hirsch Glass Corporation**
      Name

Case number *(if known)*

|  |  | Current value of debtor's interest |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1 | **Landlord- HM Peach Tree Corners I , LLC** | $12,187.18 |
| 7.2 | **Landlord- 537 University Avenue, LLC** | $22,500.00 |
| 7.3 | **Landlord - Pool 6 Industrial NC LLC** | $23,066.76 |
| 7.4 | **Landlord- NJIND Melrich Road LLC** | $65,025.66 |
| 7.5 | **Landlord- TGA Chantilly DC LLC** | $42,908.00 |
| 7.6 | **Landlord- RREEF America REIT II Corp. VVV** | $15,413.75 |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | | |
| 8.2 | | |
| **9.** | **Total of Part 2** | $181,101.35 |
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | Accounts receivable |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| **11.** | **Accounts receivable** | | |
| | 11a. 90 days old or less: | **unknown** - **unknown** =..... ➔ | $431,853.00 |
| | | face amount     doubtful or uncollectible accounts | |
| | 11b. Over 90 days old: | **unknown** - **unknown** =..... ➔ | $1,419,776.00 |
| | | face amount     doubtful or uncollectible accounts | |
| **12.** | **Total of Part 3** | | $1,851,629.00 |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

| Part 4: | Investments |
|---|---|

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

Debtor    **Hirsch Glass Corporation** _____    Case number *(if known)* _____
Name

---

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    [_____]

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** <br> **Finished goods** | **07/31/2024** <br> MM / DD / YYYY | **unknown** | **Value on Book** | **$3,270,875.00** |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    [**$3,270,875.00**]

---

Debtor   **Hirsch Glass Corporation** _____   Case number *(if known)* _____
Name

---

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85. _____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

Debtor    **Hirsch Glass Corporation**_____     Case number *(if known)* _____
          Name

---

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:**      Office furniture, fixtures, and equipment; and collectibles

---

38.   **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| Miscellaneous Office furniture | unknown | | $5,000.00 |
| 40.  **Office fixtures** | | | |
| | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers and printers | unknown | | $8,000.00 |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43.   **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                    | $13,000.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:**      Machinery, equipment, and vehicles

---

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

---

Debtor    **Hirsch Glass Corporation**
Name                                                                    Case number *(if known)*

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2016 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $8,000.00 |
| 47.2 **2017 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $7,500.00 |
| 47.3 **Honda CR-V** | unknown | | $0.00 |
| 47.4 **2017 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $6,000.00 |
| 47.5 **2016 Ford Transit Connect** | unknown | **Edmunds** | $13,995.00 |
| 47.6 **Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $6,000.00 |
| 47.7 **2016 Dodge Grand Caravan** | unknown | **JD Power/NADA** | $7,175.00 |
| 47.8 **Ford F-550** | unknown | | $0.00 |
| 47.9 **2017 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $8,500.00 |
| 47.10 **2018 Ford Transit Connect** | unknown | **Edmunds** | $17,998.00 |
| 47.11 **2019 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $15,000.00 |
| 47.12 **2019 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $10,000.00 |
| 47.13 **2019 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $10,000.00 |
| 47.14 **2021 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $30,000.00 |
| 47.15 **2021 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $35,000.00 |
| 47.16 **2022 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $58,000.00 |
| 47.17 **2019 Ford Transit Connect Van** | unknown | **Edmunds** | $13,981.00 |
| 47.18 **2022 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $55,000.00 |
| 47.19 **2018 Ford Transit Connect** | unknown | **Edmunds** | $14,995.00 |
| 47.20 **2022 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | | $55,000.00 |
| 47.21 **2023 Ford Transit Connect** | unknown | **Truck Trader** | $32,500.00 |
| 47.22 **2023 Ford Transit Connect** | unknown | **Truck Trader** | $37,564.00 |

Debtor   **Hirsch Glass Corporation**

Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| 47.23 | **2023 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | $68,000.00 |
| 47.24 | **2023 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | $68,000.00 |
| 47.25 | **2023 Ford Explorer XLT** | unknown   JD Power/NADA | $34,175.00 |
| 47.26 | **2023 Ford Transit Connect** | unknown   Truck Trader | $37,564.00 |
| 47.27 | **2023 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | $70,000.00 |
| 47.28 | **2023 Ford F-550 Super Duty Rear wheel flatbed truck 4x2** | unknown | $70,000.00 |
| 47.29 | **2020 Porsche Panamera 4 Hatchback** | unknown   JD Power/NADA | $49,375.00 |
| 47.30 | **2022 Tesla Motors Y- Long Range** | unknown   JD Power/NADA | $25,200.00 |

48.   **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1

    48.2

49.   **Aircraft and accessories**

    49.1

    49.2

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2021 Crown C-5 1000-60 / Forklift** | unknown | $33,188.00 |
| **TCM FGC36-8L / Forklift** | unknown | $20,000.00 |
| **2019 Crown C-5C1000-65 / Forklift** | unknown | $26,551.00 |
| **Toyota 8FGCU30 / Forklift** | unknown | $6,000.00 |
| **2022 Crown C-51000.65 / Forklift** | unknown | $33,188.00 |
| **Toyota 8FGCU25 / Forklift** | unknown | $6,000.00 |
| **2019 Toyota 8FGCU32 / Forklift** | unknown | $34,900.00 |
| **1994 Caterpillar GC25 / Forklift** | unknown | $9,900.00 |
| **1991 Crown 35RRT-S / Forklift** | unknown | $6,800.00 |

51.   **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

                                                        **$1,041,049.00**

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

Debtor    **Hirsch Glass Corporation**                                    Case number *(if known)* _____
          Name

---

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☑ Yes

| **Part 9:** | Real property |
| --- | --- |

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | _____ |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 10:** | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

60.  **Patents, copyrights, trademarks, and trade secrets**

| _____ | _____ | _____ | _____ |

61.  **Internet domain names and websites**

| **www.spectrumquartz.com** | **unknown** | | **$0.00** |

---

Debtor    **Hirsch Glass Corporation**

Name    Case number *(if known)*

---

62. **Licenses, franchises, and royalties**

_____    _____    _____    _____

63. **Customer lists, mailing lists, or other compilations**

Customer lists    **unknown**    **$0.00**

64. **Other intangibles, or intellectual property**

_____    _____    _____    _____

65. **Goodwill**

_____    _____    _____    _____

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.    **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  = ➡  _____

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

Debtor    **Hirsch Glass Corporation**                                    Case number *(if known)*
          Name

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

    **Nature of claim**

    **Amount requested**

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

    **Nature of claim**

    **Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season
    tickets, country club membership

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **10**

Debtor    **Hirsch Glass Corporation**
          Name                                                    Case number *(if known)*

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $204,803.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $181,101.35 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,851,629.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,270,875.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,041,049.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................ ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $6,562,458.27 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................ | | $6,562,458.27 |

Fill in this information to identify the case:

Debtor name  **Hirsch Glass Corporation**

United States Bankruptcy Court for the District of  **New Jersey**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

**Bank of America**

Creditor's mailing address

**PO Box 15731**

**Wilmington, DE 19886**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  **7 0 7 2**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

**Credit Card**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | $53,511.27 | unknown |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| | $2,522,982.23 | |

Debtor    **Hirsch Glass Corporation**
    Name                                                                 Case number (if known) _____

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2** **Creditor's name**

**Bank of America**

**Creditor's mailing address**

**PO Box 15731**

**Wilmington, DE 19886**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** _3_ _6_ _1_ _8_
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days, Accounts receivable over 90 days, Bank of America, Bank of America, Chase Bank, Chase Bank, Chase Bank, Computers and printers, Finished goods

**Describe the lien**

**Revolving Line of Credit**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$1,900,000.00** | **$5,308,974.92** |

Debtor    **Hirsch Glass Corporation**
_____    Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**Ceejay Remodeling LLC, Etc**

**Creditor's mailing address**

**c/o The Harr Law Firm**

**517 Suth Ridgewood Ave**

**Daytona Beach, FL 32114**

**Creditor's email address, if known**

_____

Date debt was incurred    _____

Last 4 digits of account    __ __ __ __
number

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes. Have you already specified the
        relative priority?

   ☐ No.  Specify each creditor, including
           this creditor, and its relative
           priority.

           _____

   ☐ Yes. The relative priority of creditors
           is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Judgment**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$8,000.00**

Column B: **unknown**

| Debtor | **Hirsch Glass Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

**Ford Credit**

**Creditor's mailing address**

**PO Box 220564**

**Pittsburgh, PA 15257**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    3   5   1   2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Ford F-550 Super Duty Rear wheel flatbed truck 4x2

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$5,455.50**      **$15,000.00**

Debtor    **Hirsch Glass Corporation**
Name                                                                          Case number (if known) _____

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.5** Creditor's name

**Ford Credit**

Creditor's mailing address

**PO Box 220564**

**Pittsburgh, PA 15257**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account  **3  5  8  5**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2019 Ford F-550 Super Duty Rear wheel flatbed truck 4x2

Describe the lien

**Auto Loan**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,631.12**         **$10,000.00**

Debtor   **Hirsch Glass Corporation**
Name                                                                                                  Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.6 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**2.6** **Creditor's name**

**Ford Credit**

**Describe debtor's property that is subject to a lien**

2023 Ford F-550 Super Duty Rear wheel flatbed truck 4x2          **$67,771.35**          **$68,000.00**

**Creditor's mailing address**

**PO Box 220564**

**Pittsburgh, PA 15257**

**Describe the lien**

**Auto Loan**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account** __4__ __7__ __5__ __6__
**number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Hirsch Glass Corporation**
_____
Name

Case number (if known) _____

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.7**

**Creditor's name**

**Ford Credit**
_____

**Creditor's mailing address**

**PO Box 220564**
_____

**Pittsburgh, PA 15257**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    **5  0  6  5**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Ford Explorer XLT

**Describe the lien**

**Auto Loan**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$39,119.40        $34,175.00

Debtor   **Hirsch Glass Corporation**                                     Case number (if known) _____

Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.8** **Creditor's name**

**Ford Credit**

**Creditor's mailing address**

**PO Box 220564**

**Pittsburgh, PA 15257**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    **3  7  2  4**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Ford Transit Connect Van                                $27,835.63          $13,981.00

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Hirsch Glass Corporation**
          _____
          Name                                                                    Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.9**

**Creditor's name**

**Ford Credit**

**Describe debtor's property that is subject to a lien**

2018 Ford Transit Connect

$27,278.14          $14,995.00

**Creditor's mailing address**

**PO Box 220564**

**Pittsburgh, PA 15257**

**Describe the lien**

**Auto Loan**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**    5   3   0   7
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Hirsch Glass Corporation**

Name                                                                    Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.10** Creditor's name

**Ford Credit**

**Describe debtor's property that is subject to a lien**

2023 Ford Transit Connect                          $38,619.39          $37,564.00

**Creditor's mailing address**

**PO Box 220564**

**Pittsburgh, PA 15257**

**Describe the lien**

**Auto Loan**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   0 4 2 0

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **Hirsch Glass Corporation**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.11** **Creditor's name**

**Ford Credit**

**Creditor's mailing address**

**PO Box 650575**

**Dallas, TX 75265**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** 9 4 3 1
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____
　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Ford F-550 Super Duty Rear wheel flatbed truck 4x2

**Describe the lien**

Auto Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$30,301.64**   Column B: **$30,000.00**

Debtor **Hirsch Glass Corporation**
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.12** **Creditor's name**

**Ford Credit**

**Creditor's mailing address**

**PO Box 650575**

**Dallas, TX 75265**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **9  3  6  2**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Ford F-550 Super Duty Rear wheel flatbed truck 4x2

**$29,779.48**    **$35,000.00**

**Describe the lien**

Auto Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Hirsch Glass Corporation**
_____    Case number (if known) _____
     Name

| **Part 1:**   Additional Page | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.13** Creditor's name

**Ford Credit**

Creditor's mailing address

**PO Box 650575**

**Dallas, TX 75265**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account    **3    4    6    2**
number

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including
       this creditor, and its relative
       priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors
       is specified on lines _____

Describe debtor's property that is subject to a lien

2019 Ford F-550 Super Duty Rear wheel flatbed truck
4x2                     **$12,265.28**        **$10,000.00**

Describe the lien

**Auto Loan**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Hirsch Glass Corporation**
Name    Case number (if known) _____

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.14** **Creditor's name**

**Ford Credit**

**Creditor's mailing address**

**PO Box 650575**

**Dallas, TX 75265**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __3__ __2__ __5__ __8__
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford F-550 Super Duty Rear wheel flatbed truck 4x2    **$35,767.02**    **$55,000.00**

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Hirsch Glass Corporation**

Name                                                                                     Case number (if known) _____

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15** | **Creditor's name**

**Ford Credit**

**Describe debtor's property that is subject to a lien**

2022 Ford F-550 Super Duty Rear wheel flatbed truck 4x2                    **$50,067.19**    **$58,000.00**

**Creditor's mailing address**

PO Box 650575

Dallas, TX 75265

**Describe the lien**

Auto Loan

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** _2_ _7_ _1_ _8_

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Hirsch Glass Corporation**
  Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.16** Creditor's name

**Ford Credit**

Creditor's mailing address

**PO Box 650575**

**Dallas, TX 75265**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number    **9   3   3   8**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2022 Ford F-550 Super Duty Rear wheel flatbed truck 4x2

**$49,950.37**        **$55,000.00**

Describe the lien

Auto Loan

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Hirsch Glass Corporation**

Name    Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|

**Part 1:**    Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17** Creditor's name

**Ford Credit**

**Creditor's mailing address**

**PO Box 650575**

**Dallas, TX 75265**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    **5   3   6   8**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2023 Ford F-550 Super Duty Rear wheel flatbed truck 4x2

**$69,656.85**    **$70,000.00**

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Hirsch Glass Corporation**
　　　　　Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.18** **Creditor's name**

**Ford Credit**

**Creditor's mailing address**

**PO Box 650575**

**Dallas, TX 75265**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**  **9  3  6  0**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Ford F-550 Super Duty Rear wheel flatbed truck 4x2

$68,972.60

$70,000.00

**Describe the lien**

Auto Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Fill in this information to identify the case:

Debtor name **Hirsch Glass Corporation**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** | **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor | **Hirsch Glass Corporation** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1** Nonpriority creditor's name and mailing address

Adan Gomez-Rivera

c/o Metzger Law Group

555 E. Ocean Blvd. Suite 800

Long Beach, CA 90802

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.2** Nonpriority creditor's name and mailing address

Alejandro Gonzalez-Castanon

c/o Metzger Law Group

555 E. Ocean Blvd. Suite 800

Long Beach, CA 90802

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.3** Nonpriority creditor's name and mailing address

American Express Business Platinum Card

PO Box 1270

Newark, NJ 07101

Date or dates debt was incurred _____

Last 4 digits of account number **4  0  0  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,408.00**

---

**3.4** Nonpriority creditor's name and mailing address

Andres Alatorre Medina

c/o Metzger Law Group

555 E. Ocean Blvd. Suite 800

Long Beach, CA 90802

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: LASC 24STCV10216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

Debtor   **Hirsch Glass Corporation**
Name

Case number *(if known)*

---

| Part 2: | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**Angel Gallegos-Botello**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Remarks: LASC 23STCV06368

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.6** Nonpriority creditor's name and mailing address

**Antonio Lopez Castillo**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Remarks: LASC 24STCV17052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.8** Nonpriority creditor's name and mailing address

**Cambria Company LLC**

**805 Enterprise Drive East Suite H**

**Belle Plaine, MN 56011**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.9** Nonpriority creditor's name and mailing address

**Capital One Business**

**PO Box 981600**

**Boston, MA 02298**

Date or dates debt was incurred

Last 4 digits of account number **6 1 0 3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$467.75

---

Debtor   **Hirsch Glass Corporation**
_____   Case number *(if known)* _____
Name

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.10**   Nonpriority creditor's name and mailing address

**Cesar Manuel Gonzalez-Quiroz**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Remarks: LASC 24STCV01477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.11**   Nonpriority creditor's name and mailing address

**Chase Bank**

**PO Box 1423**

**Charlotte, NC 28201**

Date or dates debt was incurred   _____

Last 4 digits of account number   **3  9  8  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,871.01

---

**3.12**   Nonpriority creditor's name and mailing address

**Daniel Morales Aguillar**

**c/o Metzger Law Group , APLC**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.13**   Nonpriority creditor's name and mailing address

**Demetrio Luna-Reyes and Guillemina Valdez**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor   **Hirsch Glass Corporation**
_____ Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.14** Nonpriority creditor's name and mailing address

**Dennys Rene Rivas-Williams**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.15** Nonpriority creditor's name and mailing address

**Domingo Ojeda-Alverdin**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: LASC 23STCV31679

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.16** Nonpriority creditor's name and mailing address

**Elio Enai Esquivel Rivera**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.17** Nonpriority creditor's name and mailing address

**Enrique Zarate Perez**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor    **Hirsch Glass Corporation**                                        Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

**3.18** Nonpriority creditor's name and mailing address

**Ernesto Figueroa**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred            _____

Last 4 digits of account number    __ __ __ __

Remarks: LASC 24STCV01658

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Esteban Samora Serrano**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred            _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Evelin Liseth Gonzalez-Rodriguez (decedent: Wilmer Ruben Martinez-Paredes)**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred            _____

Last 4 digits of account number    __ __ __ __

Remarks: LASC 23STCV29755

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

**Fernando Antonio Acevedo**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred            _____

Last 4 digits of account number    __ __ __ __

Remarks: LASC 24STCV18847

As of the petition filing date, the claim is:                    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Hirsch Glass Corporation**                                    Case number *(if known)* _____
Name

---

**Part 2:** | Additional Page

---

**3.22** | Nonpriority creditor's name and mailing address

**Fernando Barajas-Salomon**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: LASC 24STCV01615

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Fernando Valencia Cardenas**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

**Guillermo Mora De Los Santos**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

**Hugo Casteneda Merida**

**c/o Waters Kraus Paul & Siegel**

**11601 Wilshire Boulevard Suite 1900**

**Los Angeles, CA 90025**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: LASC 24STCV11894

As of the petition filing date, the claim is:    unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Hirsch Glass Corporation**

Name _____    Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

**3.26** Nonpriority creditor's name and mailing address

**J. Guadalupe Reyes-Cuevas and Blanca Estela Acosta-Martinez**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.27** Nonpriority creditor's name and mailing address

**Jacob Boulware**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.28** Nonpriority creditor's name and mailing address

**Jeison Josue Ortega-Rabanales**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.29** Nonpriority creditor's name and mailing address

**Jesus Aguillar-Salmeron**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor   **Hirsch Glass Corporation**
Name                                                                          Case number *(if known)*

---

**Part 2:**  Additional Page

---

**3.30**  **Nonpriority creditor's name and mailing address**

Jesus Zarate Perez

c/o Metzger Law Group

555 E Ocean Blvd Suite 800

Long Beach, CA 90802

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**  **Nonpriority creditor's name and mailing address**

Jorge Estrella-Moreno and Maria Dolores Valencia-Cardenas

c/o Metzger Law Group

555 E. Ocean Blvd. Suite 800

Long Beach, CA 90802

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32**  **Nonpriority creditor's name and mailing address**

Jose Anibal Bustillo

c/o Metzger Law Group

555 E. Ocean Blvd. Suite 800

Long Beach, CA 90802

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33**  **Nonpriority creditor's name and mailing address**

Jose Guadalupe Aguayo-Castanon

c/o Metzger Law Group

555 E. Ocean Blvd. Suite 800

Long Beach, CA 90802

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**   unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Hirsch Glass Corporation** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.34** Nonpriority creditor's name and mailing address

**Jose Guadalupe Soto-Rodriguez and Sara Sanchez**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**Jose Gutierrez-Rivero**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**Jose Israel Menera-Servin and Maria Clara Rosales-Sonia**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: LASC 24STCV05591

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address

**Jose Luis Martir-Navarro**

**c/o Metzger Law Group**

**555 E. Ocean Blvd.**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Hirsch Glass Corporation**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.38** Nonpriority creditor's name and mailing address

**Jose Luis Rosales Soria**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

unknown

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

**Jose Manuel Dominguez-Vallejo**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

unknown

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

**JPMorgan Chase Bank, NA**

**PO Box 1423**

**Charlotte, NC 28201**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,871.01

Basis for the claim:  **Credit Card**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number   **3  9  8  5**

☑ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

**Juan Sanchez Diaz**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

unknown

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor   **Hirsch Glass Corporation**
_____     Case number *(if known)* _____
Name

---

**Part 2:**  Additional Page

---

**3.42**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          unknown
                                                                     *Check all that apply.*
**Julio Gomez Carrero**                                              ☐ Contingent
                                                                     ☑ Unliquidated
**c/o Metzger Law Group, APLC**                                      ☑ Disputed

**555 E Ocean Blvd Suite 800**                                       **Basis for the claim:** _____

**Long Beach, CA 90802**                                             **Is the claim subject to offset?**
                                                                     ☑ No
Date or dates debt was incurred          _____            ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

**3.43**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          unknown
                                                                     *Check all that apply.*
**Kristian Figueroa-Lopez**                                          ☐ Contingent
                                                                     ☑ Unliquidated
**c/o Metzger Law Group**                                            ☑ Disputed

**555 E. Ocean Blvd.**                                               **Basis for the claim:** _____

**Long Beach, CA 90802**                                             **Is the claim subject to offset?**
                                                                     ☑ No
Date or dates debt was incurred          _____            ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

**3.44**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          unknown
                                                                     *Check all that apply.*
**Leobardo Segura-Meza and Mirian Sanchez**                         ☐ Contingent
                                                                     ☑ Unliquidated
**c/o Metzger Law Group**                                            ☑ Disputed

**555 E. Ocean Blvd. Suite 800**                                     **Basis for the claim:** _____

**Long Beach, CA 90802**                                             **Is the claim subject to offset?**
                                                                     ☑ No
Date or dates debt was incurred          _____            ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

**3.45**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          unknown
                                                                     *Check all that apply.*
**Luis Miguel Puentes Sanchez**                                      ☐ Contingent
                                                                     ☑ Unliquidated
**c/o Metzger Law Group**                                            ☑ Disputed

**555 E Ocean Blvd Suite 800**                                       **Basis for the claim:** _____

**Long Beach, CA 90802**                                             **Is the claim subject to offset?**
                                                                     ☑ No
Date or dates debt was incurred          _____            ☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| Debtor | **Hirsch Glass Corporation** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.46** Nonpriority creditor's name and mailing address

**Maria Concepcion Flores, as successor in interest of Jose Martinez-Vasquez (deceased)**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.47** Nonpriority creditor's name and mailing address

**Marlon Omar Martinez Avila**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

**Martin Melendez-Murillo and Rufina Barajas**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

**Mynor Lopez-Gonzalez and Ruby Noret-Lopez**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Hirsch Glass Corporation**                                          Case number *(if known)* _____
           Name

| Part 2: | Additional Page |

---

**3.50**  Nonpriority creditor's name and mailing address

**Olegario Torres Orozco and Mayra Ojeda Cazares**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    <u>unknown</u>
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51**  Nonpriority creditor's name and mailing address

**Oscar Alvarado Ortiz**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    <u>unknown</u>
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52**  Nonpriority creditor's name and mailing address

**Pablo Antonio Rangel-Aguillar**

**c/o Metzger Law Group, APLC**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    <u>unknown</u>
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.53**  Nonpriority creditor's name and mailing address

**Pedro Sebastian Martinez and Jesus Salvador
Martinez**

**c/o Metzger Law Group, APLC**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:                    <u>unknown</u>
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Hirsch Glass Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: | Additional Page

---

**3.54** Nonpriority creditor's name and mailing address

**Rafael Garcia-Guerra**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown _____

---

**3.55** Nonpriority creditor's name and mailing address

**Ruslan Honchar**

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown _____

---

**3.56** Nonpriority creditor's name and mailing address

**Salvador Martinez and Margarita Micaele Avendano Hernandez**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown _____

---

**3.57** Nonpriority creditor's name and mailing address

**Wendy Viridiana Solano-Claustro (decedent: Jose Raul Garcia-Leon)**

**c/o Metzger Law Group**

**555 E. Ocean Blvd. Suite 800**

**Long Beach, CA 90802**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown _____

---

Debtor    **Hirsch Glass Corporation**                                          Case number *(if known)* _____
Name

| Part 2: | Additional Page |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |

**Nonpriority creditor's name and mailing address**

**William Landa Verde**

**c/o Metzger Law Group**

**555 E Ocean Blvd Suite 800**

**Long Beach, CA 90802**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Remarks:** LASC 24STCV19012

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Hirsch Glass Corporation** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 3:** List Others to Be Notified About Unsecured Claims</td></tr>
</table>

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brayton & Purcell LLP** <br> **222 Rush Landing Road** <br> **Novato, CA 94945** | Line **3.49** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 | **Brayton & Purcell LLP** <br> **222 Rush Landing Road** <br> **Novato, CA 94945** | Line **3.46** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 | **Brayton & Purcell LLP** <br> **222 Rush Landing Road** <br> **Novato, CA 94945** | Line **3.53** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 | **Brayton & Purcell LLP** <br> **222 Rush Landing Road** <br> **Novato, CA 94945** | Line **3.45** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 | **Brayton Purcell, LLP** <br> **222 Rush Landing Road** <br> **Novato, CA 94945** | Line **3.2** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 | **Brayton Purcell, LLP** <br> **222 Rush Landing Road** <br> **Novato, CA 94945** | Line **3.26** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 | **Brayton Purcell, LLP** <br> **222 Rush Landing Road** <br> **Novato, CA 94945** | Line **3.1** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | **Hirsch Glass Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 3:**  Additional Page

| 4.8 | **Brayton Purcell, LLP** | Line **3.14** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.9 | **Brayton Purcell, LLP** | Line **3.18** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.10 | **Brayton Purcell, LLP** | Line **3.15** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.11 | **Brayton Purcell, LLP** | Line **3.20** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.12 | **Brayton Purcell, LLP** | Line **3.5** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.13 | **Brayton Purcell, LLP** | Line **3.22** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.14 | **Brayton Purcell, LLP** | Line **3.10** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.15 | **Brayton Purcell, LLP** | Line **3.4** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.16 | **Brayton Purcell, LLP** | Line **3.21** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.17 | **Brayton Purcell, LLP** | Line **3.56** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.18 | **Brayton Purcell, LLP** | Line **3.12** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.19 | **Brayton Purcell, LLP** | Line **3.42** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |
| | **Novato, CA 94945** | |

| 4.20 | **Brayton Purcell, LLP** | Line **3.52** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain |

| Debtor | **Hirsch Glass Corporation** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 3:**  Additional Page

| 4.41 | **Brayton Purcell, LLP** | Line **3.4** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.42 | **Brayton Purcell, LLP** | Line **3.21** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.43 | **Brayton Purcell, LLP** | Line **3.56** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.44 | **Brayton Purcell, LLP** | Line **3.12** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.45 | **Brayton Purcell, LLP** | Line **3.42** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.46 | **Brayton Purcell, LLP** | Line **3.52** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.47 | **Brayton Purcell, LLP** | Line **3.41** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.48 | **Brayton Purcell, LLP** | Line **3.35** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.49 | **Brayton Purcell, LLP** | Line **3.50** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.50 | **Brayton Purcell, LLP** | Line **3.37** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.51 | **Brayton Purcell, LLP** | Line **3.28** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.52 | **Brayton Purcell, LLP** | Line **3.24** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | _____ |

| 4.53 | **Brayton Purcell, LLP** | Line **3.47** |
|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |

Debtor    **Hirsch Glass Corporation**

Name    Case number *(if known)* _____

**Part 3:**    Additional Page

| | | |
|---|---|---|
| 4.67 | **Brayton Purcell, LLP** | Line **3.35** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.68 | **Brayton Purcell, LLP** | Line **3.50** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.69 | **Brayton Purcell, LLP** | Line **3.37** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.70 | **Brayton Purcell, LLP** | Line **3.28** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.71 | **Brayton Purcell, LLP** | Line **3.24** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.72 | **Brayton Purcell, LLP** | Line **3.47** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.73 | **Brayton Purcell, LLP** | Line **3.39** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.74 | **Brayton Purcell, LLP** | Line **3.16** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.75 | **Brayton Purcell, LLP** | Line **3.30** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.76 | **Brayton Purcell, LLP** | Line **3.33** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.77 | **Brayton Purcell, LLP** | Line **3.31** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.78 | **Brayton Purcell, LLP** | Line **3.43** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.79 | **Brayton Purcell, LLP** | Line **3.54** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |

| Debtor | **Hirsch Glass Corporation** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 3:** Additional Page

| | | |
|---|---|---|
| 4.86 | **Brayton Purcell, LLP** | Line **3.16** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.87 | **Brayton Purcell, LLP** | Line **3.30** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.88 | **Brayton Purcell, LLP** | Line **3.33** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.89 | **Brayton Purcell, LLP** | Line **3.31** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.90 | **Brayton Purcell, LLP** | Line **3.43** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.91 | **Brayton Purcell, LLP** | Line **3.54** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.92 | **Brayton Purcell, LLP** | Line **3.32** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.93 | **Brayton Purcell, LLP** | Line **3.29** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.94 | **Brayton Purcell, LLP** | Line **3.27** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.95 | **Brayton Purcell, LLP** | Line **3.19** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.96 | **Brayton Purcell, LLP** | Line **3.23** |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ |
| | **Novato, CA 94945** | |
| 4.97 | **Winston & Strawn LLP** | Line **3.8** |
| | **1901 L Street MW** | ☐ Not listed. Explain _____ |
| | **Washington, DC 20036** | |

| Debtor | **Hirsch Glass Corporation** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

### Part 3:    Additional Page

| 4.98 | **Brayton Purcell, LLP** | Line **3.29** | — — — — |
|---|---|---|---|
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ | |
| | **Novato, CA 94945** | _____ | |
| 4.99 | **Brayton Purcell, LLP** | Line **3.27** | — — — — |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ | |
| | **Novato, CA 94945** | _____ | |
| 4.100 | **Brayton Purcell, LLP** | Line **3.19** | — — — — |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ | |
| | **Novato, CA 94945** | _____ | |
| 4.101 | **Brayton Purcell, LLP** | Line **3.23** | — — — — |
| | **222 Rush Landing Road** | ☐ Not listed. Explain _____ | |
| | **Novato, CA 94945** | _____ | |
| 4.102 | **Winston & Strawn LLP** | Line **3.8** | — — — — |
| | **1901 L Street MW** | ☐ Not listed. Explain _____ | |
| | **Washington, DC 20036** | _____ | |

Debtor    **Hirsch Glass Corporation**
Name
Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $31,617.77 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $31,617.77 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hirsch Glass Corporation** |
| United States Bankruptcy Court for the: | **District of New Jersey** |
| Case number (if known): | Chapter **11** |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | 565 University Ave., Norwood MA<br>Contract to be ASSUMED | 537 University Avenue, LLC<br>505 University Ave<br>Norwood, MA 02062 |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | 6356 Corley Rd., Suite B Norcross GA<br>Contract to be ASSUMED | HM Peachtree Corners I LLC<br>c/o Hartz Mountain Industries, Inc.<br>500 Plaza Drive<br>Secaucus, NJ 07094 |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | 115 Melrich Rd. South Brunswick, NJ<br>Contract to be ASSUMED | NJIND Melrich Road LLC<br>51 Madison Avenue Room 907<br>New York, NY 10010 |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | 3810 Shutterfly Road, Charlotte NC<br>Contract to be ASSUMED | Pool 6 Industrial NC LLC<br>c/o EQT Exeter<br>100 Matonsford Road Suite 250<br>Wayne, PA 19087 |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |

Debtor    **Hirsch Glass Corporation** _____    Case number *(if known)* _____
　　　　　Name

██  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **3920 Stonecroft Blvd. Suite B., Chantilly VA** | **Western A East VA, LLC** |
|---|---|---|---|
| | | **Contract to be ASSUMED** | **c/o GLP US Management, LLC** |
| | State the term remaining | **0 months** | **Two North Riverside Plaza Suite 2350** |
| | List the contract number of any government contract | | **Chicago, IL 60606** |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Hirsch Glass Corporation**

United States Bankruptcy Court for the: District of  **New Jersey**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206H**

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.    Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br><br>_____<br><br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Hirsch Glass Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Fill in this information to identify the case:

Debtor name **Hirsch Glass Corporation**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                 12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................

   **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................

   **$6,562,458.27**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................

   **$6,562,458.27**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$2,522,982.23**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

   **+    $31,617.77**

4. **Total liabilities**.................................................................................................................................
   Lines 2 + 3a + 3b

   **$2,554,600.00**

Fill in this information to identify the case:

Debtor name _____**Hirsch Glass Corporation**_____

United States Bankruptcy Court for the:

_____**District of New Jersey**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$13,660,898.00** |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$21,400,558.00** |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$24,101,308.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    **Hirsch Glass Corporation**                                    Case number *(if known)*
_____
Name

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Bank Of America** <br> Creditor's name <br> **475 Cross Point Pkwy. PO Box 9000** <br> Street <br> **Attn: Bankruptcy Claims** <br> **Getzville, NY 14068-9000** <br> City          State    ZIP Code | **10/20/2024** <br> **09/19/2024** <br> **8/20/2024** | **$0.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. **Bank of America** <br> Creditor's name <br> **PO Box 15731** <br> Street <br> <br> **Wilmington, DE 19886** <br> City          State    ZIP Code | **8/6/2024** | **$2,400,000.00** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3. **American Express Business Platinum Card** <br> Creditor's name <br> **PO Box 6031** <br> Street <br> <br> **Carol Stream, IL 60197** <br> City          State    ZIP Code | **9/11/2024** <br> **8/12/2024** | **$13,408.27** | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

---

Debtor  __Hirsch Glass Corporation_____    Case number *(if known)* _____
        Name

**4.1.** _____    _____   _____    _____

        Creditor's name

        _____    _____        _____

        Street

        _____    _____        _____

        _____

        City              State   ZIP Code

        | Relationship to debtor |
        |---|

        _____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____ | | _____ | _____ |
| Creditor's name | XXXX– __ __ __ __ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State   ZIP Code | | | |

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor   **Hirsch Glass Corporation**
_____
Name                                                                    Case number _(if known)_ _____

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **United States for Freedom Foundation and Ruslan Honchar v. Hirsch Glass Corp.** | | **King County Superior Court** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | 23-04176-3 | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Oscar Alvarado Ortiz v. Hirsch Glass Corporation, et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | 23STCV06568 | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **J. Guadalupe Reyes-Cuevas and Blanca Estela Acosta-Martinez v. Hirsch Glass Corp.., eta l.** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | 23STCV00260 | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Demetrio Luna -Reyes and Guillemina Valdez v. Hirsch Glass Corp., et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | 23STCV00238 | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Leobardo Segura-Meza and Mirian Sanchez v. Hirsch Glass Corp., et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** <br> Name <br><br> Street <br><br> City          State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | | |
| | 22STCV38729 | | | |

Debtor    **Hirsch Glass Corporation**                                             Case number *(if known)*

Name

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-----------------------------------|----------------|
| | **Adan Gomez-Rivera v. Hirsch Glass Corp., et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | **23STCV01612** | | | |
| | | | City            State      ZIP Code | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-----------------------------------|----------------|
| | **Wendy Viridiana Solano-Claustro v. Hirsch Glass Corp., et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | **23STCV11602** | | | |
| | | | City            State      ZIP Code | |

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-----------------------------------|----------------|
| | **DEnnys Rene Rivas-Williams v. HIrsch Glass Corp., et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | **23STCV08523** | | | |
| | | | City            State      ZIP Code | |

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-----------------------------------|----------------|
| | **Martin Melendez-Murillo and Rufina Barajas v. HIrsch Glass Corp,., et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | **23STCV08596** | | | |
| | | | City            State      ZIP Code | |

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|-------|------------|----------------|-----------------------------------|----------------|
| | **Jose Guadalupe Soto-Rodriguez and Sara Sanchez v. Hirsch Glass Corp., et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | **Case number** | | Street | |
| | **23STCV08440** | | | |
| | | | City            State      ZIP Code | |

Debtor **Hirsch Glass Corporation**
Name

Case number *(if known)*

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Ernesto Figueroa v. Hlrsch Glass Corp., et al** | **Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction)** | **Superior Court of California- Los Angeles County** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Street | |
| | **24STCV01658** | | City          State    ZIP Code | |

| 7.12. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Domingo Ojeda-Alverdin v. Hirsch Glass Corp. et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Street | |
| | **23STCV31679** | | City          State    ZIP Code | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Evelin Liseth Gonzalez-Rodriguez v. Hirsch Glass Corp., et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Street | |
| | **23STCV29755** | | City          State    ZIP Code | |

| 7.14. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Angel Gallegos-Botello v. Hirsch Glass Corp., et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Street | |
| | **23STCV06368** | | City          State    ZIP Code | |

| 7.15. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Fernando Barajas-Salomon v. Hirsch Glass Corp., et al** | **Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction)** | **Superior Court of California- Los Angeles County** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Street | |
| | **24STCV01615** | | City          State    ZIP Code | |

Debtor    Hirsch Glass Corporation
Name                                                                Case number *(if known)*

| 7.16. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Cesar Manuel Gonzalez-Quiroz v. Hirsch Glass Corp. et al** | **Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction)** | **Superior Court of California- Los Angeles County** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | **24STCV01477** | | City          State     ZIP Code | |

| 7.17. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Jose Isreal Menera-Servin and Maria Clara Rosales-Sonia v. Hirsch Glass Corp. et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | **24STCV05591** | | City          State     ZIP Code | |

| 7.18. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Hugo Casteneda Merida v. Hirsch Glass Corp., et al.** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | **24STCV11894** | | City          State     ZIP Code | |

| 7.19. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Andres Alatorre Medina v. Hirsch Glass Corp., et al** | **Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction)** | **Superior Court of California- Los Angeles County** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | **24STCV10216** | | City          State     ZIP Code | |

| 7.20. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Antonio Lopez Castillo v. Hirsch Glass Corp., et al** | **Toxic Tort/Environmental (General Jurisdiction)** | **Superior Court of California- Los Angeles County** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** | | Street | |
| | **24STCV17052** | | City          State     ZIP Code | |

Debtor    Hirsch Glass Corporation
_____    Case number *(if known)* _____
Name

| 7.21. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Fernando Antonio Acevado v. Hirsch Glass Corp. et al | Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction) | Superior Court of California- Los Angeles County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Name | |
| | 24STCV18847 | | Street | |
| | | | City            State     ZIP Code | |

| 7.22. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | William Landa Verde v. Hirsch Glass Corp., et al | Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction) | Superior Court of California- Los Angeles County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Name | |
| | 24STCV19012 | | Street | |
| | | | City            State     ZIP Code | |

| 7.23. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Luis Miguel Puentes Sanchez v. Hirsch Glass Corp., et al | Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction) | Superior Court of California- Los Angeles County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Name | |
| | 24STCV18692 | | Street | |
| | | | City            State     ZIP Code | |

| 7.24. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Daniel MOrales Aguilar v. HIrsch Glass Corp., et al | Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction) | Superior Court of California- Los Angeles County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Name | |
| | 24STCV202124 | | Street | |
| | | | City            State     ZIP Code | |

| 7.25. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | Julio Gomez Carrero v. Hirsch Glass Corp. et al | Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction) | Superior Court of California- Los Angeles County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Name | |
| | 24STCV20969 | | Street | |
| | | | City            State     ZIP Code | |

Debtor    Hirsch Glass Corporation

Name                                                                                                      Case number *(if known)*

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.26. | **Pablo Anotnio Rangel-Aguilar v. Hirsch Glass Corp., et al** | **Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction)** | **Superior Court of California- Los Angeles County** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Street | |
| | **24STCV19194** | | City          State    ZIP Code | |
| 7.27. | **Juan Sanchez Diaz v. Hirsch Glass Corp. et al** | **Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction)** | **Superior Court of California- Los Angeles County** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Street | |
| | **24STCV21824** | | City          State    ZIP Code | |
| 7.28. | **Jose Gutierrez-Rivero v. Hirsch Glass Corp., et al** | **Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction)** | **Superior Court of California- Los Angeles County** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Street | |
| | **24STCV21794** | | City          State    ZIP Code | |
| 7.29. | **Mynor Lopez-Gonzalez and Ruby Noret-Lopez v. Hirsch Glass Corp., et al** | **TOXIC TORT/ENVIRONMENTAL** | **Superior Court of California, County of Orange** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Street | |
| | **2023-01316441** | | City          State    ZIP Code | |
| 7.30. | **Alejandro Gonzalez-Castanon v. Hirsch Glass Corp. et al** | **TOXIC TORT/ENVIRONMENTAL** | **Superior Court of California, County of Orange** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Street | |
| | **2024-01374472** | | City          State    ZIP Code | |

Debtor   Hirsch Glass Corporation

Case 24-20881-MEH   Doc 1   Filed 11/01/24   Entered 11/01/24 09:45:06   Desc Main
Document   Page 72 of 103   Case number *(if known)*

Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.31. | **Salvador Martinez v. Hirsch Glass Corp. et al** | **Civil -TOXIC TORT/ENVIRONMENTAL** | **Superior Court of California, County of Orange** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** **2023-01359754** | | Street _____ City _____ State _ ZIP Code | |
| 7.32. | **Jose Luis Martir-Navarro v. Hirsch Glass Corp., et al** | **Civil -TOXIC TORT/ENVIRONMENTAL** | **Superior Court of California, County of Orange** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** **2023-001370092** | | Street _____ City _____ State _ ZIP Code | |
| 7.33. | **Jeison Josue Ortega-Rabanales v. HIrsch Glass Corp. et al** | | **Superior Court of California, County of Orange** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** **2023-01367289** | | Street _____ City _____ State _ ZIP Code | |
| 7.34. | **Guillermo Mora De Los Santos v. Hirsch Glass Corp. et al** | | **Superior Court of California, County of Orange** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** **2024-01392209** | | Street _____ City _____ State _ ZIP Code | |
| 7.35. | **Marlon Omar Martinez Avila v. Hirsch Glass Corp. et al** | | **Superior Court of California, County of Orange** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** **2024-01396482** | | Street _____ City _____ State _ ZIP Code | |

Debtor    **Hirsch Glass Corporation**                                      Case number *(if known)*
Name

| | | | |
|---|---|---|---|
| **7.36.** | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |

**7.36.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Juan Manuel Dominguez-Vallejo v. Hirsch Glass Corp., et al** | **Civil -TOXIC TORT/ENVIRONMENTAL** | **Superior Court of California, County of Orange** <br> Name <br><br> Street <br><br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **2024+-01412195** | | | |

**7.37.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Elio Enai Esquivel Rivera v. Hirsch Glass Corp. et al** | **Civil -TOXIC TORT/ENVIRONMENTAL** | **Superior Court of California, County of Orange** <br> Name <br><br> Street <br><br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **2024-01413168** | | | |

**7.38.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Jesus Zarate Perez v. Hirsch Glass Corp. et al** | **Civil -TOXIC TORT/ENVIRONMENTAL** | **Superior Court of California, County of Orange** <br> Name <br><br> Street <br><br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **2024-01416500** | | | |

**7.39.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Jose Guadalupe Aguayo-Castanon v. Hirsch Glass Corp., et al** | **Civil -TOXIC TORT/ENVIRONMENTAL** | **Superior Court of California, County of Orange** <br> Name <br><br> Street <br><br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **2024-01420443** | | | |

**7.40.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **JOrge Estrella-Moreno and Maria Dolores Valencia-Cardenas v. Hirch Glass Corp. et al** | **Civil Action** | **Superior Court of the State of California- County of San Francisco** <br> Name <br><br> Street <br><br> City  State  ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Case number** <br> **23-605643** | | | |

Debtor      **Hirsch Glass Corporation**                                           Case number *(if known)*
            Name

| 7.41. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Kristian Figueroa-Lopez v. Hirsch Glass Corp., et al** | **Civil Action** | **Superior Court of the State of California- County of San Francisco**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | **24-311712** | | | |
| | | | City                State      ZIP Code | |

| 7.42. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Rafel Garcia-Guerra** | **Civil-TOXIC TORT/ENVIRONMENT** | **Superior Court of the State of California- County of San Francisco**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | **23-611154** | | | |
| | | | City                State      ZIP Code | |

| 7.43. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Jose Anibel Bustillo v. Hirsch Glass Corp. et al** | **Civil -TOXIC TORT/ENVIRONMENT** | **Superior Court of the State of California- County of San Francisco**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | **24-614357** | | | |
| | | | City                State      ZIP Code | |

| 7.44. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Jesus Aguilar-Salmeron v. Hirsch Glass Corp. et al** | **Civil -TOXIC TORT/ENVIRONMENT** | **Superior Court of the State of California- County of San Francisco**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | **24-614256** | | | |
| | | | City                State      ZIP Code | |

| 7.45. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Jacob Boulware v. Hirsch Glass Corp., et al** | **TOXIC TORT/ENVIRONMENT** | **Superior Court of the State of California- County of San Francisco**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | **24-614378** | | | |
| | | | City                State      ZIP Code | |

Debtor   **Hirsch Glass Corporation**                                        Case number *(if known)*
_____
Name

| 7.46. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Esteban Samora Serrano v. Hirsch Glass Corp., et al** | **Civil- TOXIC TORT/ENVIRONMENT** | **Superior Court of the State of California- County of San Francisco** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | Street | |
| | **24-614333** | | | |
| | | | City          State    ZIP Code | |

| 7.47. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Fernando Valencia-Cardenas v. Hirsch Glass Corp., et al** | **Civil -TOXIC TORT/ENVIRONMENT** | **Superior Court of the State of California- County of San Francisco** <br> Name | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number | | Street | |
| | **24-615696** | | | |
| | | | City          State    ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | City          State    ZIP Code | Case number | Street |
| | | Date of order or assignment | City          State    ZIP Code |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor    **Hirsch Glass Corporation**
_____    Case number *(if known)* _____
Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

City                State    ZIP Code

Recipient's relationship to debtor

_____

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____    _____    _____    _____

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Gillman, Bruton & Capone, LLC** | **Attorney's Fee** | **10/30/2024** | **$30,000.00** |

Address

**60 Highway 71 Unit 2**
Street

_____

**Spring Lake, NJ 07762**
City                State    ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

Debtor    Hirsch Glass Corporation                                          Case number *(if known)*
         Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Jon Deshane** | **2017 Ford F-550 Flatbed Super Duty -Dual Rear wheel truck** | **6/3/2024** | **$8,500.00** |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Billy Tat** | **2018 Ford F-550 Super Duty Flat bed Dual Rear wheel truck** | **6/25/2024** | **$3,700.00** |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

Debtor   **Hirsch Glass Corporation**                                          Case number *(if known)*
_____
Name

| 13.3. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **N/A** | **2015 Ford Explorer** | **8/14/2024** | **$2,500.00** |
| | Address | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | **None** | | | |

| 13.4. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Auto Nation Honda Sanford** | **2022 Ram Promaster van** | **8/23/2024** | **$27,000.00** |
| | Address | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | **None** | | | |

| 13.5. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **N/A** | **2014 Honda CR-V** | **8/24/2024** | **$2,000.00** |
| | Address | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | **None** | | | |

Debtor    **Hirsch Glass Corporation**                                              Case number *(if known)*
_____
          Name

| 13.6. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Perry Trotman** | **2017 Ford F-550 Flatbed Super Duty Dual rear wheel truck** | **9/9/2024** | **$8,000.00** |
| | **Address** | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

| 13.7. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Kevin Demetro** | **2017 Ford F-550 Super Duty Flatbed Dual Rear wheel truck** | **9/10/2024** | **$6,500.00** |
| | **Address** | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

| 13.8. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Ardent Industrial Equipment** | **2006 Clark CGC50 Forklift** | **5/17/2024** | **$7,000.00** |
| | **Address** | | | |
| | Street | | | |
| | City            State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

**Part 7:**  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

Debtor _____ Hirsch Glass Corporation _____    Case number *(if known)* _____
        Name

14.1. _____                From _____ To _____
      Street
      _____

      _____
      City            State    ZIP Code

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City        State    ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?
    ☐ No
    ☐ Yes

---

Debtor    Hirsch Glass Corporation                                      Case number *(if known)*
_____
Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 19

Debtor _____

Hirsch Glass Corporation

Name

Case number *(if known)* _____

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name _____ | _____ | _____ | _____ |
| Street _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| City       State   ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| Case number | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City       State   ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City       State   ZIP Code | City       State   ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Debtor     Hirsch Glass Corporation
Name                                                                    Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br>_____<br>Street<br>_____<br>City          State    ZIP Code | _____ | EIN:  __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Dubnik & Associates, LLC**<br>Name<br>**2 Market Yard**<br>Street<br><br>**07728**<br>City          State          ZIP Code | From **2010**    To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | From _____  To _____ |

Debtor  **Hirsch Glass Corporation**                                            Case number *(if known)*
        Name

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| | |
| Name | |
| | |
| Street | |
| | |
| | |
| City                State            ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| |
| Name |
| |
| Street |
| |
| |
| City                State            ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| |
| Name |
| |
| Street |
| |
| |
| City                State            ZIP Code |

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Helen Zhao** | | **, Shareholder** | **33.33%** |
| **Alex Xie** | | **, Shareholder** | **66.67%** |

Debtor    **Hirsch Glass Corporation**
Name                                                                                    Case number *(if known)*

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|--------------------------------------|---------------------------------------------------|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.1.   _____    _____   _____   _____

Name    _____

Street   _____

_____

City                          State        ZIP Code

| Relationship to debtor |
|------------------------|
| _____ |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**  Signature and Declaration

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 23

Debtor    **Hirsch Glass Corporation**                                              Case number *(if known)* _____
          Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**11/01/2024**__
               MM/  DD/  YYYY

**X** __/s/ Helen Zhao_____    Printed name    _____**Helen Zhao**_____
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor    ____**Partner/EVP**____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **24**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Hirsch Glass Corporation</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>District of New Jersey</b></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bank of America PO Box 15731 Wilmington, DE 19886 | | Credit Card | | | | $53,511.27 |
| 2 | Ford Credit PO Box 220564 Pittsburgh, PA 15257 | | Auto Loan | | $27,835.63 | $13,981.00 | $13,854.63 |
| 3 | American Express Business Platinum Card PO Box 1270 Newark, NJ 07101 | | Credit Card | | | | $13,408.00 |
| 4 | Ford Credit PO Box 220564 Pittsburgh, PA 15257 | | Auto Loan | | $27,278.14 | $14,995.00 | $12,283.14 |
| 5 | Chase Bank PO Box 1423 Charlotte, NC 28201 | | | | | | $8,871.01 |
| 6 | JPMorgan Chase Bank, NA PO Box 1423 Charlotte, NC 28201 | | Credit Card | | | | $8,871.01 |
| 7 | Ceejay Remodeling LLC, Etc c/o The Harr Law Firm 517 Suth Ridgewood Ave Daytona Beach, FL 32114 | | Judgment | | | | $8,000.00 |
| 8 | Ford Credit PO Box 220564 Pittsburgh, PA 15257 | | Auto Loan | | $39,119.40 | $34,175.00 | $4,944.40 |

Debtor    **Hirsch Glass Corporation**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Ford Credit PO Box 650575 Dallas, TX 75265 | | Auto Loan | | $12,265.28 | $10,000.00 | $2,265.28 |
| 10  Ford Credit PO Box 220564 Pittsburgh, PA 15257 | | Auto Loan | | $38,619.39 | $37,564.00 | $1,055.39 |
| 11  Capital One Business PO Box 981600 Boston, MA 02298 | | Credit Card | | | | $467.75 |
| 12  Ford Credit PO Box 650575 Dallas, TX 75265 | | Auto Loan | | $30,301.64 | $30,000.00 | $301.64 |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name      **Hirsch Glass Corporation**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑    *Schedule H: Codebtors* (Official Form 206H)

☑    *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐    *Amended Schedule* _____

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>11/01/2024</u>
          MM/ DD/ YYYY

**X** <u>/s/ Helen Zhao</u>
Signature of individual signing on behalf of debtor

<u>**Helen Zhao**</u>
Printed name

<u>**Partner/EVP**</u>
Position or relationship to debtor

## United States Bankruptcy Court
### District of New Jersey

In re   **Hirsch Glass Corporation**                                              Case No. _____

                                                    Debtor(s)          Chapter          **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Hirsch Glass Corporation**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_____**11/01/2024**_____              _____**/s/ Marc C Capone**_____
Date                                      **Marc C Capone**
                                          Signature of Attorney or Litigant
                                          Counsel for _____**Hirsch Glass Corporation**_____
                                          **Bar Number: 021401993**
                                          **Gillman Capone LLC**
                                          **60 Highway 71 Unit 2**
                                          **Spring Lake, NJ 07762**
                                          **Phone: (732) 528-1166**
                                          **Email: mcapone@gillmancapone.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                                        CHAPTER  **11**

**Hirsch Glass Corporation**

DEBTOR(S)                                                                  CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Partner/EVP** _____ of the _____ **Nonpublic Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **11/01/2024**_____       Signature: **/s/ Helen Zhao**_____
                                                                          *Helen Zhao, Partner/EVP*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

**In re**    Hirsch Glass Corporation

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................................    **$30,000.00**

Prior to the filing of this statement I have received ..................................................................    **$30,000.00**

Balance Due ................................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **11/01/2024** | **/s/ Marc C Capone** |
| *Date* | Marc C Capone |
| | *Signature of Attorney* |

Bar Number: 021401993
Gillman Capone LLC
60 Highway 71 Unit 2
Spring Lake, NJ 07762
Phone: (732) 528-1166

**Gillman Capone LLC**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION**

IN RE: **Hirsch Glass Corporation**                                              CASE NO

                                                                                CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**11/01/2024**___      Signature _____**/s/ Helen Zhao**_____

                                                                    Helen Zhao, Partner/EVP

537 University Avenue, LLC
505 University Ave
Norwood, MA 02062


Adan Gomez-Rivera
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802


Alejandro Gonzalez-Castanon
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802


American Express Business
Platinum Card
PO Box 1270
Newark, NJ 07101


Andres Alatorre Medina
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802


Angel Gallegos-Botello
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802


Antonio Lopez Castillo
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802


Bank of America
PO Box 15731
Wilmington, DE 19886

Bank of America
PO Box 15731
Wilmington, DE 19886

Brayton & Purcell LLP
222 Rush Landing Road
Novato, CA 94945

Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94945

Cambria Company LLC
805 Enterprise Drive East Suite H
Belle Plaine, MN 56011

Capital One Business
PO Box 981600
Boston, MA 02298

Ceejay Remodeling LLC, Etc
c/o The Harr Law Firm
517 Suth Ridgewood Ave
Daytona Beach, FL 32114

Cesar Manuel Gonzalez-
Quiroz
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802

Chase Bank
PO Box 1423
Charlotte, NC 28201

Daniel Morales Aguillar
c/o Metzger Law Group , APLC
555 E Ocean Blvd Suite 800
Long Beach, CA 90802

Demetrio Luna-Reyes and
Guillemina Valdez
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Dennys Rene Rivas-Williams
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802

Domingo Ojeda-Alverdin
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802

Elio Enai Esquivel Rivera
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Enrique Zarate Perez

Ernesto Figueroa
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Esteban Samora Serrano
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Evelin Liseth Gonzalez-
Rodriguez (decedent: Wilmer
Ruben Martinez-Paredes)
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Fernando Antonio Acevedo
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Fernando Barajas-Salomon
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Fernando Valencia Cardenas
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Ford Credit
PO Box 220564
Pittsburgh, PA 15257

Ford Credit
PO Box 650575
Dallas, TX 75265

GLP US Management, LLC
50 Old Ivy Suite 250
Atlanta, GA 30342

Guillermo Mora De Los Santos
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

HM Peachtree Corners I LLC
c/o Hartz Mountain Industries, Inc.
500 Plaza Drive
Secaucus, NJ 07094


Hugo Casteneda Merida
c/o Waters Kraus Paul & Siegel
11601 Wilshire Boulevard Suite 1900
Los Angeles, CA 90025


J. Guadalupe Reyes-Cuevas
and Blanca Estela Acosta-
Martinez
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802


Jacob Boulware
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802


Jeison Josue Ortega-
Rabanales
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802


Jesus Aguillar-Salmeron
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802


Jesus Zarate Perez
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802


Jorge Estrella-Moreno and
Maria Dolores Valencia-
Cardenas
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Jose Anibal Bustillo
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802


Jose Guadalupe Aguayo-
Castanon
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802


Jose Guadalupe
Soto-Rodriguez and Sara
Sanchez
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802


Jose Gutierrez-Rivero
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802


Jose Israel Menera-Servin
and Maria Clara Rosales-Sonia
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802


Jose Luis Martir-Navarro
c/o Metzger Law Group
555 E. Ocean Blvd.
Long Beach, CA 90802


Jose Luis Rosales Soria


Jose Manuel Dominguez-
Vallejo
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

JPMorgan Chase Bank, NA
PO Box 1423
Charlotte, NC 28201


Juan Sanchez Diaz
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802


Julio Gomez Carrero
c/o Metzger Law Group, APLC
555 E Ocean Blvd Suite 800
Long Beach, CA 90802


Kristian Figueroa-Lopez
c/o Metzger Law Group
555 E. Ocean Blvd.
Long Beach, CA 90802


Leobardo Segura-Meza and
Mirian Sanchez
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802


Luis Miguel Puentes Sanchez
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802


Maria Concepcion Flores, as
successor in interest of Jose
Martinez-Vasquez (deceased)
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802


Marlon Omar Martinez Avila
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Martin Melendez-Murillo and
Rufina Barajas
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802

Mynor Lopez-Gonzalez and
Ruby Noret-Lopez
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

NJI ND Melrich Road LLC
51 Madison Avenue Room 907
New York, NY 10010

Olegario Torres Orozco and
Mayra Ojeda Cazares
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Oscar Alvarado Ortiz
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802

Pablo Antonio Rangel-Aguillar
c/o Metzger Law Group, APLC
555 E Ocean Blvd Suite 800
Long Beach, CA 90802

Pedro Sebastian Martinez and
Jesus Salvador Martinez
c/o Metzger Law Group, APLC
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Pool 6 Industrial NC LLC
c/o EQT Exeter
100 Matonsford Road Suite 250
Wayne, PA 19087

Rafael Garcia-Guerra
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802


Ruslan Honchar




Salvador Martinez and
Margarita Micaele Avendano
Hernandez
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Wendy Viridiana Solano-
Claustro (decedent: Jose Raul
Garcia-Leon)
c/o Metzger Law Group
555 E. Ocean Blvd. Suite 800
Long Beach, CA 90802

Western A East VA, LLC
c/o GLP US Management, LLC
Two North Riverside Plaza Suite 2350
Chicago, IL 60606


William Landa Verde
c/o Metzger Law Group
555 E Ocean Blvd Suite 800
Long Beach, CA 90802


Winston & Strawn LLP
1901 L Street MW
Washington, DC 20036