# Hirsch Glass

## Profit and Loss

### January - September, 2024

|  | TOTAL |
|---|---|
| **Income** | |
| Sales | 13,661,978.30 |
| Sales of Product Income | -1,079.97 |
| **Total Income** | **$13,660,898.33** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 5,425,775.77 |
| Logistics | 19,891.18 |
| **Total Cost of Goods Sold** | **5,445,666.95** |
| **Total Cost of Goods Sold** | **$5,445,666.95** |
| GROSS PROFIT | **$8,215,231.38** |
| **Expenses** | |
| Advertising & Marketing | 139,289.12 |
| Auto Expenses | 196,456.27 |
| Bank Charges & Fees | 3,238.99 |
| Computer/Internet | 8,493.64 |
| Due & Subscriptions | 4,990.00 |
| Equipment Lease | 8,731.88 |
| Insurance | 247,639.82 |
| Health | 254,459.70 |
| **Total Insurance** | **502,099.52** |
| Interest Paid | 121,084.26 |
| Job Supplies | 3,880.69 |
| Legal & Professional Services | 128,521.25 |
| Contractor | 18,780.10 |
| **Total Legal & Professional Services** | **147,301.35** |
| License & Permits | 204.00 |
| Royalty | 764,479.00 |
| **Total License & Permits** | **764,683.00** |
| Meals & Entertainment | 31,034.18 |
| Office Supplies & Software | 95,049.20 |
| Other Business Expenses | 13,363.19 |
| Payroll Expense | 3,860,180.69 |
| 401 K Plan Contribution | 138,032.75 |
| Employee Benefits | 1,000.00 |
| Student Loan | 446.57 |
| **Total Payroll Expense** | **3,999,660.01** |
| Postage/Shipping/Freight | 179,419.29 |
| Packaging | 877.85 |
| **Total Postage/Shipping/Freight** | **180,297.14** |
| Rent & Lease | 1,289,981.08 |
| Repairs & Maintenance | 2,995.27 |

# Hirsch Glass

## Profit and Loss

January - September, 2024

|  | TOTAL |
|---|---|
| Sales Expenses | 593,335.24 |
| Sales Reps | 2,100.00 |
| Taxes | 352,291.42 |
| Telephone | 29,555.53 |
| Trade Show | 167,561.44 |
| Travel | 129,771.66 |
| Truck/Car Rental | 838.94 |
| Utilities | 64,679.75 |
| Propane | 4,284.34 |
| **Total Utilities** | **68,964.09** |
| **Total Expenses** | **$8,857,047.11** |
| NET OPERATING INCOME | **$ -641,815.73** |
| Other Income |  |
| Interest income | 20.77 |
| **Total Other Income** | **$20.77** |
| Other Expenses |  |
| Other Miscellaneous Expense | 150,000.00 |
| **Total Other Expenses** | **$150,000.00** |
| NET OTHER INCOME | **$ -149,979.23** |
| NET INCOME | **$ -791,794.96** |