Laura  Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Hirsch Glass Corporation,<br><br><div align=right>Debtor.</div> | Case No. 24-20881-MEH<br><br>Hearing Date:July 10, 2025 at 10:00 a.m.<br><br>Judge: Mark Edward Hall<br><br>Chapter 11 |
|---|---|

**NOTICE OF MOTION TO VACATE AUTOMATIC STAY**
**ORAL ARGUMENT WAIVED**

TO:      All Parties on the Attached Service List


SIR/MADAM:

PLEASE  TAKE  NOTICE  that  on  July 10, 2025 at 10:00 a.m. ,  or  as  soon thereafter  as  counsel  can  be  heard,  the  undersigned  attorneys  for  Ford  Motor  Credit Company LLC ("Movant"),  will  move  before  the  United  States  Bankruptcy  Court, Honorable Mark Edward Hall, U.S.B.J., 402 East State Street, Courtroom 2, Trenton, N.J. 08608, for an Order Vacating the Automatic Stay under 11 U.S.C. § 362(d) with respect to vehicle; a 2023 Ford Explorer, VIN: 1FMSK8DH3PGB91458 (the " Collateral "), to allow Movant to pursue the Collateral and/or other remedy under state law.

This motion is based on the Debtor's failure to make regular monthly payments outside the Chapter 11 Plan.  Movant asserts that the facts and law it relies upon in making this motion are neither complicated nor unique, and therefore no brief or legal memorandum is necessary

pursuant to D.N.J. LBR 9013-1.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the accompanying Certification in Support of Motion for Relief. A proposed form of Order is also being submitted. A Memorandum of Law has not been submitted because the issues raised by the Motion are not extraordinary or unusual necessitating the filing of legal briefs.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) specify with particularity the basis of the objection; and (iii) be filed with the **CLERK, UNITED STATES BANKRUPTCY COURT, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608**, and simultaneously served on Secured Creditor's counsel, **McCalla Raymer Leibert Pierce, LLP, 485F US Highway 1 S, Suite 300, Iselin, NJ  08830**, so as to be received no later than seven (7) days before the return date set forth herein.

PLEASE TAKE FURTHER NOTICE that unless objections are timely filed and served, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that counsel hereby requests oral argument in accordance with D.N.J. LBR 9013-1 (f) in the event opposition papers are timely filed.

Dated:        06/10/2025

McCalla Raymer Leibert Pierce, LLP
Attorneys for Movant

By:

*/s/ Laura  Egerman*
Laura  Egerman