UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
(732) 661-1664
Attorney for Debtor-In-Possession
By: Marc C. Capone, Esq.

| | |
|---|---|
| In Re: | Case No.: **24-20881** |
| **Hirsch Glass Corporation** | Judge: **Mark E. Hall** |
| Debtor | Chapter: **11** |
| | Hearing Date: |

**CERTIFICATION OF HELEN ZHAO IN OPPOSITION TO MOTION TO VACATE
AUTOMATIC STAY FILED BY FORD MOTOR CREDIT COMPANY LLC**

I, Helen Zhao, upon my oath according to law, hereby certify as follows:

1. I am the CFO of the Debtor in Possession in the above captioned matter (hereinafter "Debtor") and make this certification in opposition to the stay motion filed by Ford Motor Credit Company LLC.

2. On June 19, 2025, a payment of $6,513.76 was made to Ford Motor Credit Company LLC. The reference number for the transaction is 17059518414. The amount paid to Ford should bring the account current through June 2025.

3. The Debtor will resume making the regular monthly payments to Ford Motor Credit Company starting July 2025.

4.      The Debtor asks that Ford Motor Credit resume sending monthly statements for all financed and leased vehicles.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:  7/7/25

By: */s/ Helen Zhao*
HELEN ZHAO
CFO of Debtor in Possession
Hirsch Glass Corporation