Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant



Order Filed on August 14, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| Hirsch Glass Corporation, | Case No. 24-20881-MEH |
| | Hearing Date: August 14, 2025 at 10:00 a.m. |
| Debtor. | Judge: Mark E. Hall |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: August 14, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2

Debtor: Hirsch Glass Corporation
Case No.: 24-20881-MEH
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (the "Motion") filed by Ford Motor Credit Company LLC ("Movant"), and Hirsch Glass Corporation ("Debtor") having filed opposition thereto, with respect to Secured Creditor's lien on Debtor's property commonly known as 2023 Ford Explorer, VIN: 1FMSK8DH3PGB91458, ("Collateral"), and the parties having consented to the entry of the within Order, and for good cause shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtor is now post-petition due for the July 13, 2025 post-petition monthly payment in the amount of $814.22.
2. Debtor shall make a lump sum payment to Movant in the amount of $814.22 no later than July 31, 2025.
3. Debtor shall resume post-petition payments to be paid timely and in full with the August 13, 2025 payment.
4. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 2023 Ford Explorer, VIN: 1FMSK8DH3PGB91458.
5. Debtor shall pay attorney fees and costs for the motion for relief in the amount of $649.00 to be paid as an administrative claim through the plan.

Page 3

Debtor:            Hirsch Glass Corporation
Case No.:          24-20881-MEH
Caption of Order:  **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLP                Gillman Capone, LLC
Attorney for the Secured Creditor                 Attorney for the Debtor

By:  /s/ Laura Egerman                            By: _____
     Laura Egerman                                    Marc C Capone

Date: 07/28/2025                                  Date: 7/23/25