**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

**INTERIM FEE APPLICATION COVER
SHEET**

| | | | |
|---|---|---|---|
| Debtor: | Hirsch Glass Corporation | Applicant: | Marc C. Capone, Esq. |
| Case No.: | 24-20881 MEH | Client: | Helen Zhao |
| Chapter: | 11 Subchapter V | Case Filed: | November 1, 2024 |

**SECTION 1
FEE SUMMARY**

☐ Interim Fee Application No. _____ or ☐ Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ _____ | $ _____ |
| Total Fees Allowed To Date: | $ _____ | $ _____ |
| Total Retainer (If Applicable) | $ 30,000.00 | $ _____ |
| Total Holdback (If Applicable) | $ _____ | $ _____ |
| Total Received By Applicant | $ 30,000.00 | $ _____ |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Marc C. Capone, Attorney | 1993 | 64.3 | $525.00 | $33,757.50 |
| 2. | | 53.1 | $495.00 | $26,284.50 |
| 3.  Tiffany Vasarkovy, Paralegal | | 15.3 | $235.00 | $3.595.50 |
| 4. | | 28.8 | $200.00 | $5,760.00 |
| 5.  Amanda Agnello, Controller | | 4.1 | $275.00 | $1,127.50 |
| 6.  Donna DiPierro, Legal Assistant | | 0.1 | $100.00 | $10.00 |
| 7. | | | | |

| | |
|---|---|
| Fee Totals: | 70,535.00 |
| Disbursements Totals: | 2,106.73 |
| Total Fee Application | 72,641.73 |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 0 | 0 |
| b) **Asset Disposition** Sales, leases, abandonment and related transaction work. | 5.2 | 2730 |
| c) **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | 0 | 0 |
| d) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0 | 0 |
| e) **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 113.9 | 43979.5 |
| f) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 1.0 | 525 |
| g) **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0 | 0 |
| h) **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 0 | 0 |
| i) **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | 0 | 0 |
| j) **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | 1.8 | 891 |
| k) **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 1.0 | 525 |
| l) **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 3.0 | 1337.5 |
| m) **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 37.9 | 19897.5 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings** | | |
| Matters relating to termination or continuation of automatic stay under 362. | 1.9 | 649.5 |
| o) **Accounting/Auditing** | | |
| Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0 | 0 |
| p) **Business Analysis** | | |
| Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0 | 0 |
| q) **Corporate Finance** | | |
| Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0 | 0 |
| r) **Data Analysis** | | |
| Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0 | 0 |
| s) **Litigation Consulting** | | |
| Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0 | 0 |
| t) **Reconstruction Accounting** | | |
| Reconstructing books and records from past transactions and brining accounting current. | 0 | 0 |
| u) **Tax Issues** | | |
| Analysis of tax issues and preparation of state and federal tax returns. | 0 | 0 |
| v) **Valuation** | | |
| Appraise or review appraisals of assets. | 0 | 0 |
| w) **Travel Time** | | |
| **SERVICE TOTALS:** | 165.7 | 70535 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | 1738 |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | 70 |
| l) | **Postage** | |
| m) | **Other (specify)**    CourtSolutions; CertficateofService.com | 298.73 |
| **DISBURSEMENTS TOTAL:** | | 2106.73 |

I certify under penalty of perjury that the above is true.

Date: August 12, 2025 _____          Marc C. Capone _____
                                                                                      Signature

*rev. 10/1/15*

4