# Balance Sheet

## Hirsch Glass

### As of January 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | **$413,206.01** |
| Accounts Receivable | |
| Other Current Assets | |
| Account Receivable | 1,270,187.39 |
| Inventory | 3,615,725.00 |
| Loans To Officers | |
| Security Deposits | 230,585.77 |
| Uncategorized Asset | |
| **Total for Other Current Assets** | **$5,116,498.16** |
| **Total for Current Assets** | **$5,529,704.17** |
| Fixed Assets | **$457,297.00** |
| Other Assets | **0** |
| **Total for Assets** | **$5,987,001.17** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | $1,950,379.30 |
| Unbilled Inventory | 719,441.00 |
| **Total for Accounts Payable (A/P)** | **$2,669,820.30** |
| **Total for Accounts Payable** | **$2,669,820.30** |
| Credit Cards | **$1,688.17** |
| Other Current Liabilities | **$2,347,768.63** |
| **Total for Current Liabilities** | **$5,019,277.10** |
| Long-term Liabilities | **$679,332.00** |
| **Total for Liabilities** | **$5,698,609.10** |
| Equity | **$288,392.07** |
| **Total for Liabilities and Equity** | **$5,987,001.17** |

## Profit and Loss

### Hirsch Glass

January 1-31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Income** | |
| Sales | 1,082,319 |
| **Total for Income** | **$1,082,319** |
| Cost of Goods Sold | **$593,288** |
| **Gross Profit** | **$489,031** |
| **Expenses** | |
| Computer/Internet | 131 |
| Insurance | $19,788 |
| Health | 24,985 |
| **Total for Insurance** | **$44,773** |
| Interest Paid | 9,407 |
| Legal & Professional Services | 1,260 |
| License & Permits | 0 |
| Royalty | 330,297 |
| **Total for License & Permits** | **$330,297** |
| Other Business Expenses | 477 |
| Payroll Expense | **$382,193** |
| Postage/Shipping/Freight | 1 |
| Rent & Lease | 149,605 |
| Sales Expenses | 78,677 |
| Sales Reps | 2,100 |
| Taxes | 34,725 |
| Telephone | 3,611 |
| Trade Show | 85,000 |
| Travel | 26,938 |
| Utilities | 5,326 |
| **Total for Expenses** | **$1,154,519** |
| **Net Operating Income** | **-$665,488** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | **0** |
| **Net Income** | **-$665,488** |