# Balance Sheet

## Hirsch Glass

### As of February 28, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Assets | |
| Current Assets | |
| Bank Accounts | **$511,659.81** |
| Accounts Receivable | |
| Other Current Assets | |
| Account Receivable | 1,554,933.39 |
| Inventory | 3,846,333.00 |
| Loans To Officers | |
| Security Deposits | 230,585.77 |
| Uncategorized Asset | |
| **Total for Other Current Assets** | **$5,631,852.16** |
| **Total for Current Assets** | **$6,143,511.97** |
| Fixed Assets | **$457,297.00** |
| Other Assets | **0** |
| **Total for Assets** | **$6,600,808.97** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | $1,859,379.30 |
| Unbilled Inventory | 1,469,945.00 |
| **Total for Accounts Payable (A/P)** | **$3,329,324.30** |
| **Total for Accounts Payable** | **$3,329,324.30** |
| Credit Cards | **$1,688.17** |
| Other Current Liabilities | **$2,136,657.52** |
| **Total for Current Liabilities** | **$5,467,669.99** |
| Long-term Liabilities | **$679,332.00** |
| **Total for Liabilities** | **$6,147,001.99** |
| Equity | **$453,806.98** |
| **Total for Liabilities and Equity** | **$6,600,808.97** |