UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone: (732) 528-1166
Email: bk@gillmancapone.com
Attorney for Debtor
By: Marc C. Capone, Esq.

In Re:

Hirsch Glass Corp.

Subchapter V

Case No.:        24-20881

Adv. Pro. No.: _____

Chapter:        11

Hearing Date:   9/25/2025

Judge:          MEH

**ADJOURNMENT REQUEST**

1.    I, _____Marc Capone_____,

☒    am the attorney for: _____the Debtor_____,

☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Status Conference/~~Confirmation hearing~~ _____

Current hearing date and time: September 25, 2025 at 2:00pm

New date requested: November 20, 2025 _____

Reason for adjournment request: We are continuing to provide documents to counsel

regarding the Production of Documents /Silica Creditor Claimants _____

2.    Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 9/22/25 _____                    /s/ Marc C. Capone, Esq. _____
                                                         Signature

**COURT USE ONLY:**

The request for adjournment is:

☒   Granted              New hearing date: 11/20/2025 at 2:00 p.m.           ☐   Peremptory

☐   Granted over objection(s)   New hearing date: _____        ☐   Peremptory

☐   Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2