|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Gillman Capone, LLC<br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>(732) 661-1664<br>Attorney for Debtor-In-Possession<br>By: Marc C. Capone, Esq. | Order Filed on September 25, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Hirsch Glass Corp.**<br><br><br>Debtors | Case No.:  24-20881<br><br>Judge:   Mark E. Hall<br><br>Chapter:    11<br><br>Hearing Date: |

### ORDER GRANTING DEBTOR IN POSSESSION'S MOTION FOR ASSUMPTIONAND/OR REJECTION OF VARIOUS EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. §365

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED.**

**DATED: September 25, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

This matter having come before the Court upon the application of Hirsch Glass Corporation (the "Debtor") for entry of an Order authorizing the assumption and rejection of certain executory contracts and unexpired leases pursuant to 11 U.S.C. § 365; and notice of the motion having been given to:

1. The Office of the United States Trustee;

2. The Debtor's secured creditors;

3. The twenty (20) largest unsecured creditors pursuant to Rule 1007(d);

4. All lessors and parties to executory contracts identified in the motion;

And the Court having considered the Application, supporting Certification, and having determined that the relief sought is in the best interests of the Debtor, the estate, and its creditors, and after due deliberation and for good cause appearing, it is hereby FOUND:

A. <u>Notice and Hearing</u>. Notice of the motion has been served in accordance with Section 102(1) of the Bankruptcy Code and Federal Rules of Bankruptcy procedure 6003 and 6004 which notice is appropriate in the particular circumstances and is sufficient for all purposes under the Bankruptcy Code and the applicable Bankruptcy Rules in respect to the relief requested.

B. <u>Chapter 11 Filed.</u> Debtor filed its petition under Chapter 11 of the Bankruptcy Code on November 1, 2024 ("Petition Date") and is presently operating as a Debtor in Possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

C. <u>Unexpired Leases:</u> the Debtor has entered into the following commercial leases: Lease with 537 University Ave, LLC for the premises at 565 University Avenue, Norwood, MA; Lease with HM Peachtree Corners I, LLC for the

2

premises at 6356 Corley Road, Suite B, Norcross, GA; Lease with Pool 6 Industrial NC LLC for the premises at 3810 Shutterfly Road, Suite 300, Charlotte, NC; Lease with RREEF America REIT II Corp. VVV for the premises at 4121 Seaboard Road, Orlando, FL; Lease with NJIND Melrich Road LLC for the premises at 19 Schoolhouse Road, Unit 2, Cranbury, NJ; and Lease with TGA Chantilly DC LLC for 3920 Stonecroft Blvd., Suite B, Chantilly, VA, as amended through November 30, 2026.

D.  <u>Benefit to the Estate.</u>  The Debtor's various Assumed Leases are a benefit to the Debtor's estate and do not impart any undue burden on the estate.

E.  <u>Business Judgment.</u>  The Debtor has exhibited no bad faith or abuse of discretion in its business judgment in electing to Assume the Commercial Leases. The lease to be rejected imposes a continuing burden and generates unsustainable losses.

F.  <u>No Requirement of Adequate Protection.</u>  Pursuant to Section 365(b)(2), the Debtor is not required to provide adequate protection to any of the various Landlords.

The Court having made the foregoing determinations and for good cause shown, it is

**ORDERED AS FOLLOWS:**

1. Pursuant to 11 U.S.C. § 365, the Debtor is authorized to assume the following unexpired non-residential real property leases:

    a. Lease with 537 University Ave, LLC for the premises at 565 University Avenue, Norwood, MA.

    b. Lease with HM Peachtree Corners I, LLC for the premises at 6356 Corley Road, Suite B, Norcross, GA.

    c. Lease with Pool 6 Industrial NC LLC for the premises at 3810 Shutterfly Road, Suite 300, Charlotte, NC.

    d. Lease with RREEF America REIT II Corp. VVV for the premises at 4121 Seaboard Road, Orlando, FL.

    e. Lease with NJIND Melrich Road LLC for the premises at 115 Melrich Road, Unit 2, Cranbury, NJ (28,337 sq ft.), Lease term 87 months, June 1, 2020 through August 31, 2027.

2. The Debtor shall perform all obligations under the assumed leases and shall cure any defaults in accordance with 11 U.S.C. § 365(b)(1).
3. Pursuant to 11 U.S.C. § 365, the Debtor is authorized to reject the lease with TGA Chantilly DC LLC for premises located at 3920 Stonecroft Blvd., Suite B, Chantilly, VA, effective as of the date the Debtor vacated the premises or as otherwise agreed to between the parties.
4. No fees, penalties, rent accelerations, or other charges shall be assessed as a result of assumption or rejection of the leases.
5. The assumption and rejection approved herein are made pursuant to the Debtor's sound business judgment and are in the best interest of the estate.
6. This Order is effective immediately upon entry.