**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

**Order Filed on September 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>    Hirsch Glass Corporation,<br><br>        Debtor(s). | Chapter 11<br><br>Case No. 24-20881<br><br>Hearing Date: September 25, 2025<br><br>Judge: Mark E. Hall |

**ORDER GRANTING INTERIM FEE APPLICATION**

The relief set forth on the following page, numbered two is hereby **ORDERED.**

**DATED: September 30, 2025**

_/s/ Mark E. Hall_
Honorable Mark E. Hall
United States Bankruptcy Judge

4930-9833-0206, v. 1

Page 2

Debtor: **Hirsch Glass Corporation**
Case No. 24-20881 **(MEH)**
Caption of Order: **Order Granting Interim Fee Application**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to all creditors and other parties in interest as required; it is

**ORDERED** that compensation and expenses are allowed as follows:

| Applicants | Commission/Fees | Expenses |
| --- | --- | --- |
| Gillman Capone Law LLC (Counsel for Debtors) | $70,535.00 | $2,106.73 |