UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone: (732) 528-1166
Email: bk@gillmancapone.com
Attorney for Debtor
By: Marc C. Capone, Esq.

In Re:

Hirsch Glass Corp.

Subchapter V
Case No.:  _____24-20881_____

Adv. Pro. No.: _____

Chapter:  _____11_____

Hearing Date:  __11/18/2025__

Judge:  _____MEH_____

## ADJOURNMENT REQUEST

1.  I, _____Marc Capone_____,

    ☒   am the attorney for: _____the Debtor_____,

    ☐   am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: __Status Conference_____

    Current hearing date and time: __November 20, 2025 at 2:00pm__

    New date requested: __January 22, 2026 at 2:00pm_____

    Reason for adjournment request: __We are continuing to provide documents to counsel__

    __regarding the Production of Documents /Silica Creditor Claimants__

2.  Consent to adjournment:

    ☒  I have the consent of all parties.     ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 11/18/25 _____                    /s/ Marc C. Capone, Esq. _____
                                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒   Granted          New hearing date: 1/22/2026 at 2:00 p.m. _____      ☐   Peremptory

☐   Granted over objection(s)   New hearing date: _____      ☐   Peremptory

☐   Denied

> **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2