UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone: (732) 528-1166
Email: bk@gillmancapone.com
Attorney for Debtor
By: Marc C. Capone, Esq.

In Re:

Hirsch Glass Corp.

Subchapter V
Case No.: _____24-20881_____

Adv. Pro. No.: _____

Chapter: _____11_____

Hearing Date: ____1/22/2026____

Judge: _____MEH_____

## ADJOURNMENT REQUEST

1.    I, _____Marc Capone_____,

☒   am the attorney for: _____the Debtor_____,

☐   am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _Status Conference_____

Current hearing date and time: _January 22, 2026 at 2:00pm_____

New date requested: _60 days_____

Reason for adjournment request: _The requested documents have been submitted to counsel_

_regarding the Silica Creditor Claimant. Time is needed for them to review._____

2.    Consent to adjournment:

☒ I have the consent of all parties.      ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 1/21/26 _____          /s/ Marc C. Capone, Esq. _____
                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted          New hearing date: 3/26/2026 at 2:00 p.m. _____          ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____          ☐  Peremptory

☐  Denied

> **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2