UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Hirsch Glass Corp.

Debtor In Possession

Case No.: _____ 24-20881 _____

Chapter: 11 (Small Business Subchapter V)

Judge: _____ Mark E. Hall _____

## SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference in accordance with 11 § U.S.C. 1188(c)*

Date of order for relief:        November 1, 2024

Trustee:        Brian Hofmeister

Has the debtor served the *Notice of Status Hearing and § 1111(b) Election Deadline* on all creditors and parties in interest?        Yes ☒        No ☐

If no, please explain:

_____

Has the debtor attended an initial debtor interview?        Yes ☒        No ☐

If no, please explain:

_____

Has the United States Trustee concluded the 341 meeting?        Yes ☒        No ☐

If no, please explain:

_____

Has the debtor filed all postpetition financial reports?        Yes ☒        No ☐

If no, please explain:

_____

Has the debtor filed all monthly operating reports?        Yes ☒        No ☐

If no, please explain:

_____

Is all relevant insurance in place and current?        Yes ☒        No ☐

If no, please explain:

_____

Has the debtor filed all applicable tax returns?                           Yes ☒        No ☐

    If no, please explain:

_____

Has the debtor paid all taxes entitled to administrative expense priority?   Yes ☒        No ☐

    If no, please explain:

_____

How does the debtor intend to pay administrative expenses in the case, including fees for the Subchapter V trustee?

  Counsel filed an Interim Fee Application and the Court granted same on September 30, 2025

  Debtor has paid the approved fees as reflected in MOR.

_____

_____

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

  Debtor has provided substantial documentation in response to muliple requests from the

  Silicosis Claimants.  Additional requests for documentation has been requested and supplied to

  Cambria Company and Ruslan Honchar.  Counsel for Silicosis Claimants is presently

  reviewing the latest round of documents and requested we adjourn once more as they

Other relevant information:

  anticipate additional document requests and potential depositions.

  Debtor has filed all MOR's, has rejected a lease for an under-performing location, which has

  been beneficial to post-petition operations and has resolved its issues with its secured creditor

  who will vote in favor of the plan.

<u>Note</u>: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee, as well as on all creditors and parties in interest.


Date: __1/26/2026_____       __/s/ Helen Zhao_____
                                   Debtor


Date: _____       _____
                                   Joint Debtor

*rev.11/15/2024*